IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00085-MR-WCM

| | |
|---|---|
| LINDA HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| SHIPEX, LLC; and ) | |
| JAMES ANTHONY MARQUIS; ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Grace M. Babcock. The Motion indicates that Ms. Babcock, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Brendan J. Green, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid and Defendants have advised the undersigned's chambers that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 3) and **ADMITS** Brendan J. Green to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 12, 2024

W. Carleton Metcalf
United States Magistrate Judge

1